**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KIMBERLY BROOKS,**

        **Plaintiff,**

-vs-                                                      **Case No.  6:07-cv-1513-Orl-19GJK**

**CONTINENTAL PROPERTY SERVICES,**
**INC., ROLF GARDEY and PATRICIA**
**JENKINS,**

        **Defendants.**

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **JOINT MOTION FOR APPROVAL OF PROPOSED SETTLEMENT (Doc. No. 27)**
>
> **FILED:**     February 18, 2008
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Plaintiff and Defendants jointly move the Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA").

Defendants have agreed to pay a total of $10,343.10 in three separate allocations: (1) $3,021.55 to Brooks for overtime hours and unpaid wages; (2) $3,021.55 to Brooks for liquidated damages; and (3) $4,300.00 to the Pantas Law Firm, P.A. as attorneys' fees and costs.  *See* Doc. No. 27-2 at 1.

The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United*

*States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and reasonable resolution of a bona fide dispute.[1]  The case involved disputed issues of FLSA coverage, which constitute a bona fide dispute.  Each party was represented by independent counsel, who were obligated to vigorously represent their client.

**IT IS RECOMMENDED THAT**:

1.   The Court grant the motion to approve the settlement only to the extent that it is a fair and reasonable resolution of a bona fide dispute; and

2.   The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 21, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia C. Fawsett

---

[1] Both parties urge this Court to approve the Settlement Agreement, including the amount to be paid to Plaintiff's counsel in fees and costs.  The Court, therefore, finds it unnecessary to inquire into the reasonableness of the hourly rate charged by Plaintiff's counsel, and accepts the parties' stipulation as to the reasonableness of the attorneys' fees and costs.