**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KIMBERLY BROOKS,

      Plaintiff,

vs.                                        CASE NO. 6:07-CV-1513-ORL-19GJK

CONTINENTAL PROPERTY SERVICES,
INC., ROLF GARDEY and PATRICIA
JENKINS,

      Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed February 21, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Proposed Settlement (Doc. No. 27, filed February 18, 2008) is **GRANTED,** and the settlement is **APPROVED** only to the extent that it is a fair and reasonable resolution of a bona fide dispute. This case is **DISMISSED WITH PREJUDICE,** and the Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this   18th   day of March, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record

Case 6:07-cv-01513-PCF-GJK   Document 29   Filed 03/19/08   Page 2 of 2 PageID 82